# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**ULYSSES BLAS,**

    Plaintiff,

vs.                              **CASE NUMBER: 9:13-CV-1477 (MAD/CFH)**

**RUSSELL F. HOFFMAN, et al.,**

    Defendant.

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED without prejudice** due to Plaintiff's failure to comply with the filing fee requirements for this action and the prior Orders of this Court; the Court further ORDERS that the Clerk shall enter judgment and close this case, pursuant to the Decision and Order of the Honorable Judge Mae A. D'Agostino, dated the 2nd day of May 2014.

DATED: May 2, 2014

*[signature]*
Clerk of Court

        S/
Britney Norton
Deputy Clerk